UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-21327-CIV-O'SULLIVAN
[CONSENT]

LAZARO DIAZ, and others similarly
situated ,

    Plaintiff,

vs.

NEW HORIZONS COMMUNITY
MENTAL HEALTH CENTER, INC.,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING COUNT III WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion to Approve Settlement Agreement as to Claims in Count III of Plaintiff's Complaint and to Dismiss Count III with Prejudice (DE# 16, 7/22/13) and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid minimum wage under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir.

1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide dispute over the number of hours worked by the plaintiff for which he was not compensated at the minimum wage. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that the Joint Motion to Approve Settlement Agreement as to Claims in Count III of Plaintiff's Complaint and to Dismiss Count III with Prejudice (DE# 16, 7/22/13) is **GRANTED**. Count III of the Complaint (DE# 1, 4/16/13) is **DISMISSED WITH PREJUDICE.** The Court **retains jurisdiction until Monday, September 9, 2013** to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this **25th** day of July, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record